UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CONNIE JUNGEMANN** | **CASE NO. 1:22-CV-02315** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DEPT OF STATE LOUISIANA** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

On July 21, 2023, Magistrate Judge Perez-Montes entered a Report and Recommendation ("R&R") recommending that the Court grant the Defendants' Motion to Dismiss and Alternative Motion to Transfer [ECF No. 16] filed by defendants R. Kyle Ardoin (in his official capacity as the Louisiana Secretary of State) and the State of Louisiana. The Magistrate Judge recommended that the motion be granted and that plaintiff Connie Jungemann's claims be dismissed with prejudice. Jungemann filed an objection to the R&R [ECF No. 20]. For the reasons stated in the Court's Ruling on Objection,

IT IS ORDERED THAT the Court ADOPTS the R&R with respect to the Magistrate Judge's conclusion that the federal and state election statutes on which Plaintiff bases her claims do not provide private rights of action. In all other respects, the Court REJECTS the recommendation of the Magistrate Judge that Jungemann's claims be dismissed with prejudice for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure;

IT IS FURTHER ORDERED THAT Jungemann's Complaint is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and

IT IS FURTHER ORDERED THAT Defendants' Motion to Dismiss and Alternative Motion to Transfer [ECF No. 16] is DENIED AS MOOT.

THUS DONE in Chambers on this 24th day of August, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE